■ In the Matter of ISABEL CRUZ, Appellant, v CESAR PERALES, as Commissioner of the New York State Department of Social Services, et al., Respondents.—

Contrary to the petitioner's contention, we conclude that the Supreme Court acted properly in denying her request for attorney's fees pursuant to 42 USC § 1988. The record reflects that the petitioner has neither alleged nor presented any evidence whatsoever to establish a bona fide civil rights claim pursuant to 42 USC § 1983 so as to warrant an award of attorney's fees (see, Matter of Kross v Perales, 156 AD2d 451; Matter of Rozier v Perales, 149 AD2d 710; Matter of Gelin v Perales, 149 AD2d 593, 595). Mollen, P. J., Brown, Kooper and Miller, JJ., concur.